BARRY VOGEL, STATE BAR NO. 108640
*Bvogel@ljdfa.com*
LORIE KRUSE, STATE BAR NO. 169365
*LKruse@ljdfa.com*
**LA FOLLETTE, JOHNSON,**
**DeHAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825-6746
Telephone (916) 563-3100 • Facsimile (916) 565-3704

Attorneys for Defendants
SUTTER HEALTH, SUTTER HEALTH SACRAMENTO
SIERRA REGION dba SUTTER MEDICAL CENTER
SACRAMENTO, and SUTTER VALLEY MEDICAL
FOUNDATION dba SUTTER MEDICAL FOUNDATION

# UNITED STATES DISTRICT COURT

# EASTERN OF CALIFORNIA

| | |
|---|---|
| ERICA CENTENO, ANTHONY SALDIVAR,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, CARRIE CARLIN, M.D., SUTTER HEALTH, SUTTER MEDICAL CENTER SACRAMENTO, SUTTER MEDICAL FOUNDATION, SUTTER MEDICAL GROUP, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DOES 1 through 100, inclusive,<br><br>Defendants. | Civil No.: 2:19-CV-01488-JAM-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO SUTTER VALLEY MEDICAL FOUNDATION DBA SUTTER MEDICAL FOUNDATION AND SUTTER HEALTH <u>ONLY</u>**<br><br>TRIAL DATE: None Set<br>ACTION FILED: 08/02/19<br><br>Assigned to Hon. John A. Mendez, for all purposes including trial |

The Plaintiffs and Defendants SUTTER VALLEY MEDICAL FOUNDATION dba SUTTER MEDICAL FOUNDATION and SUTTER HEALTH, by and through their counsel of record, hereby stipulate to the dismissal with prejudice of all claims between Plaintiffs and Sutter Valley Medical Foundation dba Sutter Medical Foundation and Sutter Health, with these parties

to bear their own costs and attorneys' fees with respect to the claims between these parties. Plaintiffs' claims against all other Defendants remain pending.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 3, 2019    LAW OFFICES OF LAWRENCE PAIKOFF

*/s/ Lawrence Paikoff*
LAWRENCE PAIKOFF
RICHARD PAIKOFF
Attorneys for Plaintiffs

DATED: December 3, 2019    LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

*/s/ Lorie Kruse*
LORIE KRUSE
Attorneys for Defendants Sutter Health Sacramento Sierra Region dba Sutter Medical Center Sacramento, Sutter Valley Medical Foundation dba Sutter Medical Foundation and Sutter Health

**IT IS SO ORDERED.**

DATED: December 3, 2019    /s/ John A. Mendez
John A. Mendez
United States District Court Judge

- 2 -    2:19-CV-01488-JAM-DB

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AS TO SUTTER VALLEY MEDICAL FOUNDATION DBA SUTTER MEDICAL FOUNDATION AND SUTTER HEALTH ONLY**

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA ]
]
COUNTY OF ]

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 655 University Avenue, Suite 119, Sacramento, California 95825-6746.

I hereby certify that on December 3, 2019, I caused all of the pages of the foregoing documents described as **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AS TO SUTTER VALLEY MEDICAL FOUNDATION DBA SUTTER MEDICAL FOUNDATION AND SUTTER HEALTH ONLY** to be electronically filed with the United States District Court, Eastern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system regarding the case of Centeno v. Sutter Health, et al., Court Case No. 2:19-CV-01488-JAM-DB.

SEE ATTACHED MAILING LIST

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the forgoing is true and correct.

Executed on December 3, 2019, at Sacramento, California.

*/s/ Lorie Kruse*
LORIE KRUSE

Lawrence S. Paikoff, M.D., ESQ.
Richard J. Paikoff
LAW OFFICES OF LAWRENCE PAIKOFF
1756 Picasso Avenue, Suite F
Davis, CA 95618

Phone: (530) 297-1144
Fax: (530) 297-1146
Email: lpaikoff@paikofflaw.com

Attorneys for Plaintiffs Erica Centeno and Anthony Saldivar

Jessica Lamiero
Michele Raley
SCHMID & VOILES
100 Pringle Avenue, Suite 233
Walnut Creek, CA 94596

Phone: (650) 543-2186
Fax: (925) 482-8128
Email: jlamiero@schmidvoiles.com

Attorneys for Sutter Medical Group, Inc.

Veronica Philipp, Esq.
MURO & LAMPE
75 Iron Point Circle, Suite 155
Folsom, CA 95630

Phone: 916-817-6300
Fax: 916-817-6355
Email: Veronica.Philipp@Muro-Lampe.com

Attorneys for The Regents of the University of California

Rachel Davidson, Esq.
United States Attorney's Office
Eastern District of California
501 "I" St., Suite 10-100
Sacramento, CA 95814

Phone: 916-554-2731
Fax: 916-554-2900

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

Attorneys for United States of America

Dominique Ann Pollara, Esq.
POLLARA LAW GROUP
3600 American River Drive, Ste. 160
Sacramento, CA 95864

Phone: (916) 550-5880
Fax: (916) 550-5066
Email: dp@pollara-law.com

Attorneys for Carrie Carlin, M.D.