BARRY VOGEL, STATE BAR NO. 108640
*Bvogel@ljdfa.com*
LORIE KRUSE, STATE BAR NO. 169365
*LKruse@ljdfa.com*
**LA FOLLETTE, JOHNSON,**
**DeHAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825-6746
Telephone (916) 563-3100 • Facsimile (916) 565-3704

Attorneys for Defendants
SUTTER HEALTH, SUTTER HEALTH SACRAMENTO
SIERRA REGION dba SUTTER MEDICAL CENTER
SACRAMENTO, and SUTTER VALLEY MEDICAL
FOUNDATION dba SUTTER MEDICAL FOUNDATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CENTENO, ANTHONY SALDIVAR,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, CARRIE CARLIN, M.D., SUTTER HEALTH, SUTTER MEDICAL CENTER SACRAMENTO, SUTTER MEDICAL FOUNDATION, SUTTER MEDICAL GROUP, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DOES 1 through 100, inclusive,<br><br>Defendants. | Civil No.: 2:19-CV-01488-JAM-DB<br><br>**AMENDED STIPULATION AND ORDER FOR DISMISSAL AS TO SUTTER HEALTH SACRAMENTO SIERRA REGION DBA SUTTER MEDICAL CENTER SACRAMENTO**<br><br>TRIAL DATE: 03/28/22<br>ACTION FILED: 08/02/19<br><br>Assigned to Hon. John A. Mendez, for all purposes including trial |

The parties hereto, by and through their counsel of record, hereby stipulate to the dismissal of any and all claims asserted by Plaintiffs, ERICA CENTENO and ANTHONY SALDIVAR, against the defendant SUTTER HEALTH SACRAMENTO SIERRA REGION dba SUTTER MEDICAL CENTER SACRAMENTO, with these parties to bear their own costs and attorneys'

fees with respect to the dismissed claims.  Plaintiffs' claims against all other Defendants remain pending.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 29, 2021    LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

/s/ Lorie Kruse (Auth. 01/28/2021)
LORIE KRUSE
Attorneys for Defendants Sutter Health Sacramento Sierra Region dba Sutter Medical Center Sacramento, Sutter Valley Medical Foundation dba Sutter Medical Foundation and Sutter Health

DATED: February _2__ , 2021    UNITED STATES ATTORNEY'S OFFICE

__/s/ Rachel R. Davidson_____
RACHEL DAVIDSON
Attorneys for Defendant United States of America

DATED: February _5__, 2021    POLLARA LAW GROUP

_/s/ Dominique A. Pollara _____
DOMINIQUE A. Pollara
Attorneys for Defendant Carrie Carlin, M.D.

DATED: February _1__, 2021    SCHMID & VOILES

__/s/ Jessica Lamiero_____
JESSICA LAMIERO
Attorneys for Defendant Sutter Medical Group, Inc.

DATED: February _1__, 2021    MURO & LAMPE

__/s/ Veronia Phillipp_____
VERONICA PHILLIPP
Attorneys for Defendant The Regents of the University of California

- 2 -    2:19-CV-01488-JAM-DB
AMENDED STIPULATION AND ORDER FOR DISMISSAL AS TO SUTTER HEALTH SACRAMENTO SIERRA REGION DBA SUTTER MEDICAL CENTER SACRAMENTO

1  DATED: February __3___, 2021        LAW OFFICES OF LAWRENCE PAIKOFF

2

3                                      __/s/ Lawrence Paikoff_____
                                       LAWRENCE PAIKOFF
4                                      RICHARD PAIKOFF
                                       Attorneys for Plaintiffs
5

6

7  **IT IS SO ORDERED.**

8

9  DATED:  February 5, 2021             /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
10                                      UNITED STATES DISTRICT COURT JUDGE