PHILLIP A. TALBERT
Acting United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERICA CENTENO, ANTHONY SALDIVAR Plaintiffs, v. UNITED STATES OF AMERICA, et al. Defendant. | CASE NO. 2:19-CV-01488-JAM-DB ORDER RE STIPULATION TO EXTEND CASE SCHEDULE |
|---|---|

For good cause appearing, the Court sets the following deadlines:

| Event | Requested Schedule |
|---|---|
| Plaintiff's Expert Disclosures Deadline | **January 15, 2022** |
| Defendant's Expert Disclosures Deadline | **February 15, 2022** |
| Supplemental Expert Disclosures Deadline | **March 10, 2022** |
| Joint Mid-Litigation Statements Deadline | **Fourteen (14) days prior to the close of discovery** |
| Discovery Cut-Off Date | **April 20, 2022** |
| Dispositive Motion Filing Deadline | **May 19, 2022** |
| Dispositive Motion Hearing | **June 21, 2022 at 1:30 pm** |
| Final Pretrial Conference | **August 5, 2022 at 11:00 am** |
| Trial | **September 12, 2022 at 9:00 am** |

ORDER TO EXTEND CASE SCHEDULE                     1

IT IS SO ORDERED.

Dated: July 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE