Lawrence S. Paikoff, M.D., Esq., SBN 191732
Email: lpaikoff@paikofflaw.com
Richard J. Paikoff, Esq., SBN 309304
Email: rpaikoff@paikofflaw.com
Law Offices of Lawrence S. Paikoff
1756 Picasso Avenue Suite F
Davis, CA 95618
Telephone (530) 297-1144
Facsimile (530) 297-1146

Attorneys for Plaintiffs
ERICA CENTENO and ANTHONY SALDIVAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CENTENO, ANTHONY SALDIVAR,<br><br>    Plaintiffs,<br>  vs.<br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. 2:19-CV-01488-JAM-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ONLY**<br><br>Assigned to Hon. John A. Mendez, for all purposes including trial |

   The Plaintiffs and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, by and through their counsel of record, have completed a settlement and hereby stipulate to the dismissal with prejudice of all claims between Plaintiffs and The Regents of the University of California, with each party to bear their own costs and attorneys' fees. Plaintiffs' claims against all other Defendants remain pending.

///
///
///
///
///
///

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED: November 15, 2021          **LAW OFFICES OF LAWRENCE S. PAIKOFF**

4                                     BY:   */s/ Lawrence S. Paikoff*
                                            LAWRENCE S. PAIKOFF
5                                           RICHARD J. PAIKOFF
                                            Attorneys for Plaintiffs

7  DATED: November 15, 2021          **MURO & LAMPE, INC.**

9                                     BY:   */s/ Veronica J. Philipp*
                                            VERONICA J. PHILIPP
10                                          Attorneys for Defendant
                                            The Regents of the University of California

**IT IS SO ORDERED.**

DATED: November 15, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE