| | |
|---|---|
| PHILLIP A. TALBERT<br>Acting United States Attorney<br>RACHEL R. DAVIDSON<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>E-mail:     Rachel.Davidson@usdoj.gov<br>Telephone: (916) 554-2731<br>Facsimile:  (916) 554-2900<br><br>Attorneys for Defendant<br>UNITED STATES OF AMERICA | LAWRENCE S. PAIKOFF SBN 191732<br>lpaikoff@paikofflaw.com<br>RICHARD J. PAIKOFF SBN 309304<br>rpaikoff@paikofflaw.com<br>LAW OFFICES OF LAWRENCE PAIKOFF<br>1756 Picasso Ave, Suite F<br>Davis, CA 95618<br>Telephone:    (530) 297-1144<br>Facsimile:     (530) 297-1146<br><br>Attorneys for Plaintiffs<br>ERICA CENTENO, ANTHONY SALDIVAR |

JESSICA A. PETRINI, ESQ. SBN 209601
jpetrini@schmidvoiles.com
SCHMID & VOILES
100 Pringle Avenue, Suite 233
Walnut Creek, CA 94596
Tel: (650) 543 2186
Fax: (925) 482 8128

Attorneys for Defendant
SUTTER MEDICAL GROUP, INC

DOMINIQUE A. POLLARA, SBN 141036
POLLARA LAW GROUP
3600 American River Drive, Suite 160
Sacramento, California 95864
(916) 550-5880-telephone
(916) 550-5066-fax

Attorneys for Defendant
CARRIE CARLIN, M.D.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CENTENO, ANTHONY SALDIVAR<br><br>               Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>               Defendant. | CASE NO.  2:19-CV-01488-JAM-DB<br><br>JOINT STIPULATION TO VACATE ALL SCHEDULED DATES IN THE CASE SCHEDULE AND ORDER |

JOINT STIPULATION AND ORDER                    1

Plaintiffs ERICA CENTENO, ANTHONY SALDIVAR (hereinafter "Plaintiffs") and Defendants UNITED STATES OF AMERICA, CARRIE CARLIN, M.D., and SUTTER MEDICAL GROUP, INC, (hereinafter "Defendants") (collective "parties"), by and through their respective counsel of record, hereby recite as follows:

## RECITALS

**WHEREAS**, on August 2, 2019, Plaintiffs filed a complaint against Defendants in the United States District Court for the Eastern District of California;

**WHEREAS**, the sole basis for subject matter jurisdiction in this Court is the fact that Defendant UNITED STATES OF AMERICA is a party to this case;

**WHEREAS**, Plaintiffs settled their case with Defendant UNITED STATE OF AMERICA in September 2021;

**WHEREAS**, this Court found that Plaintiffs' settlement with Defendant UNITED STATES OF AMERICA was made in good faith on October 29, 2021;

**WHEREAS**, Plaintiffs will dismiss Defendant UNITED STATES OF AMERICA upon payment of the agreed settlement by Defendant UNITED STATE OF AMERICA, which is anticipated to occur within the next three (3) months;

**WHEREAS**, once Defendant UNITED STATES OF AMERICA is dismissed, this Court will no longer have subject matter jurisdiction and should thus dismiss this case sua sponte with leave for Plaintiffs to refile in California State Court pursuant to 28 USCS § 1367;

**WHEREAS**, in light of this Court's upcoming loss of subject matter jurisdiction over this case, judicial economy would be best served by vacating all dates in the case schedule.

## STIPULATION

**NOW THEREFORE,** the undersigned parties hereby stipulate that the Court vacate all dates in the case schedule.

/ / /

/ / /

/ / /

/ / /

                                                Respectfully submitted,

                                                LAW OFFICES OF LAWRENCE S. PAIKOFF

Dated: December 8, 2021          By:    */s/ Lawrence Paikoff*
                                                LAWRENCE S. PAIKOFF
                                                Attorneys for Plaintiffs
                                                Erica Centeno, Anthony Saldivar

Dated:  December 8, 2021                        PHILLIP A. TALBERT
                                                Acting United States Attorney

                                        By:  */s/ Rachel R. Davidson*
                                                RACHEL R. DAVIDSON
                                                Assistant United States Attorney
                                                Attorneys for Defendant UNITED STATES
                                                OF AMERICA

Dated:  December 8, 2021                        POLLARA LAW GROUP

                                        By:    */s/ Nicole I. Whatley*
                                                DOMINIQUE A. POLLARA
                                                NICOLE I. WHATLEY
                                                Attorneys for Defendant
                                                CARRIE CARLIN, M.D.

                                                SCHMID & VOILES

Dated:  December 8, 2021          By:    *Jessica Petrini*

                                                JESSICA A. PETRINI
                                                Attorneys for Defendant
                                                SUTTER MEDICAL GROUP, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 8, 2021                    /s/ John A. Mendez
                                                                THE HONORABLE JOHN A. MENDEZ
                                                                UNITED STATES DISTRICT COURT JUDGE