Lawrence S. Paikoff, M.D., Esq., SBN 191732
Email: lpaikoff@paikofflaw.com
Richard J. Paikoff, Esq., SBN 309304
Email: rpaikoff@paikofflaw.com
Law Offices of Lawrence S. Paikoff
1756 Picasso Avenue Suite F
Davis, CA 95618
Telephone (530) 297-1144
Facsimile (530) 297-1146

Attorneys for Plaintiffs
ERICA CENTENO and ANTHONY SALDIVAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CENTENO, ANTHONY SALDIVAR,<br><br>      Plaintiffs,<br>   vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>      Defendants. | CASE NO. 2:19-CV-01488-JAM-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT UNITED STATES OF AMERICA ONLY**<br><br>Assigned to Hon. John A. Mendez, for all purposes including trial |

   The Plaintiffs and Defendant UNITED STATES OF AMERICA, by and through their counsel of record, have completed a settlement and hereby stipulate to the dismissal with prejudice of all claims between Plaintiffs and Defendant UNITED STATES OF AMERICA, with each party to bear their own costs and attorneys' fees. Plaintiffs' claims against all other Defendants remain pending.

///
///
///
///
///
///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  December 27, 2021          **LAW OFFICES OF LAWRENCE S. PAIKOFF**

                                              BY:   */s/ Lawrence S. Paikoff*
                                                        LAWRENCE S. PAIKOFF
                                                        RICHARD J. PAIKOFF
                                                        Attorneys for Plaintiffs

DATED:  December 27, 2021

                                              BY:   */s/ Rachel R. Davidson*
                                                        RACHEL R. DAVIDSON
                                                        Assistant United States Attorney
                                                        Attorneys for Defendant
                                                        UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

Dated:  December 28, 2021              /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT UNITED STATES OF AMERICA ONLY