Lawrence S. Paikoff, M.D., Esq., SBN 191732
Email: lpaikoff@paikofflaw.com
Richard J. Paikoff, Esq., SBN 309304
Email: rpaikoff@paikofflaw.com
**Law Offices of Lawrence S. Paikoff**
1756 Picasso Avenue Suite F
Davis, CA 95618
Telephone (530) 297-1144
Facsimile (530) 297-1146

Attorneys for Plaintiffs
ERICA CENTENO and ANTHONY SALDIVAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA CENTENO, ANTHONY SALDIVAR, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | CASE NO. 2:19-CV-01488-JAM-DB <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION WITH LEAVE FOR PLAINTIFFS TO REFILE IN CALIFORNIA STATE COURT** <br><br> Assigned to Hon. John A. Mendez, for all purposes including trial |

1    Plaintiffs, ERICA CENTENO and ANTHONY SALDIVAR (hereinafter "Plaintiffs") and Defendants SUTTER MEDICAL GROUP and CARRIE CARLIN, M.D. (collectively identified as "Defendants"), acting through counsel, noting that this Court no longer has subject matter jurisdiction over this matter, hereby voluntarily stipulate to the dismissal without prejudice of this action with each party to bear its own attorney's fees and/or costs.

    Plaintiffs and Defendants further stipulate that Plaintiffs shall have 30 days from the dismissal of this case (Case No. 2:19-CV-01488-JAM-DB) to refile their claims against Defendants, as alleged in this case, in the Superior Court of California, County of Sacramento.

Respectfully submitted,

LAW OFFICES OF LAWRENCE S. PAIKOFF

Dated: February 1, 2022    By:    */s/ Lawrence S. Paikoff*
    LAWRENCE S. PAIKOFF
    Attorneys for Plaintiffs
    Erica Centeno, Anthony Saldivar

Dated: January 30, 2022    POLLARA LAW GROUP

    By:    */s/ Dominique A. Pollara*
    DOMINIQUE A. POLLARA
    NICOLE I. WHATLEY
    Attorneys for Defendant
    CARRIE CARLIN, M.D.

SCHMID & VOILES

Dated: January 31, 2022    By:
    */s/ Jessica A. Petrini*
    JESSICA A. PETRINI
    Attorneys for Defendant
    SUTTER MEDICAL GROUP, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: February 1, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE